Submitted March 4, reversed May 11, 2016

In the Matter of R. C. S.,
A Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

R. C. S.,
*Appellant.*

Linn County Circuit Court
15CC03577; A159911

372 P3d 627

Eric J. Deitrick and Multnomah County Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the custody of the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, as a result of a mental disorder, he is dangerous to himself and others and is unable to provide for his basic personal needs. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree and accept the state's concession.

Reversed.